IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL HAYES,** | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:02cv1366-T |
| | ) | (WO) |
| **GRANT CULLIVER, Warden,** | ) | |
| **and WILLIAM H. PRYOR, JR.,** | ) | |
| Attorney General for the | ) | |
| State of Alabama, | ) | |
| | ) | |
|     Respondents. | ) | |

## OPINION

Pursuant to 28 U.S.C.A. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that petitioner's writ petition be denied. Also before the court are petitioner's objections to the recommendations. After an independent and de novo review of the record, the court concludes that

**petitioner's objections should be overruled and the magistrate judge's recommendations adopted.**

**An appropriate judgment will be entered.**

**DONE, this the 30th day of June, 2005.**

<u>   /s/ Myron H. Thompson   </u>
  **UNITED STATES DISTRICT JUDGE**