IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, ) | |
| ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:02cv1366-T |
| ) | (WO) |
| GRANT CULLIVER, Warden, ) | |
| and WILLIAM H. PRYOR, JR., ) | |
| Attorney General for the ) | |
| State of Alabama, ) | |
| ) | |
|    Respondents. ) | |

**ORDER**

This cause is now before the court on petitioner's motion for certificate of appealability (Doc. No. 106).

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 5th day of August, 2005.

                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE